IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-00033-FL

EDERICK CURLEY BLOUNT,　　)
　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)　　REMAND ORDER
CAROLYN W. COLVIN,　　　　 )
Acting Commissioner of　　 )
Social Security,　　　　　 )
　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　)
────────────────────────── )

　　　This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he consented to Defendant's Motion for Remand.

　　　Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further action.

　　　SO ORDERED this __11th__ day of __December__, __2013__.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　　　　　United States District Judge