IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 5:13-CV-00048-FL

EDERICK CURLEY BLOUNT, )
)
Plaintiff, )
)
v. ) O R D E R
)
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
Defendant.

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,287.50.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $4,287.50 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 12th day of February, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge